

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| SRINIVAS PUTTA, ) | |
| and ) | **4:25CR88-SEP/NCC** |
| ANKURKUMAR PATEL, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Conspiracy to Commit Wire Fraud)

**A.  Introduction**

1. Imposter scams involve fraudsters inducing their victims into revealing personal identifying information and paying fictitious fees and taxes while the fraudsters pretend to work for federally insured financial institutions, administrative agencies such as the Internal Revenue Service, the Department of Treasury, and the Federal Trade Commission, and law enforcement organizations.

2. Fraudsters electronically transmit through interstate and foreign wires documents that appear to be embossed with federal government seals and signed by federal government officials.

3. Victims also believe they are speaking with law enforcement officials and other government representatives because the fraudsters mask their identity by spoofing the telephone number of a legitimate organization.

4. To access the illegally obtained proceeds, victims are instructed to purchase gift cards and load prepaid debit cards with large sums of money. Afterward, the victims tell the fraudsters

the account numbers and personal identification numbers on the card. The fraudsters use the information to transfer money from the cards into accounts they control.

5. Fraudsters also use couriers to collect cash and gold bars from the victims. The couriers may transfer the illegal proceeds through bitcoin transactions or by transporting it to the fraudsters.

**B.** **Conspiracy**

6. Between on or about August 10, 2023 and continuing to on or about September 25, 2023, within the Eastern District of Missouri and elsewhere, the defendants,

**SRINIVAS PUTTA**
**AND**
**ANKURKUMAR PATEL,**

knowingly, voluntarily, and intentionally agreed to commit wire fraud, in violation of 18 U.S.C. § 1343.

**C.** **Ways, Manner, and Means of the Conspiracy**

7. Persons unknown to the Grand Jury telephoned A.D., a naturalized citizen and resident of the Eastern District of Missouri, and represented himself to be employed by the Federal Trade Commission. The caller claimed that A.D. identity had been stolen and that if A.D. failed to participate in correcting the issue, he would be subject to deportation.

8. Persons unknown to the Grand Jury connected A.D. with an individual he identified as M.P., a United States Citizenship and Immigration Agent. The victim received an email with a counterfeit United States Government identification document proclaiming that M.P. was a Federal Emergency Response Official and photographs of M.P. at various government events.

9. Persons unknown to the Grand Jury induced A.D. to email images of his credit and debit cards, social security card, financial statements, and life insurance policy information to M.P.

10. A.D. received an email purportedly signed by the United States Secretary of the Treasury notifying him that funds in his bank accounts had been converted into "black" money due to the identity theft perpetrated against him. The email further advised that the Treasury

Department would close his accounts and that he would need to transfer the funds into an uncontaminated account the Government opened on his behalf.

11. The person purporting to be M.P. telephoned A.D. and instructed him to provide the "black" money to couriers who would meet him at various locations throughout the Eastern District of Missouri or to purchase gift cards or prepaid debit cards with the contaminated funds so the Government could deposit the funds into an account opened for all the identity theft victims at Chase Bank.

12. A person unknown to the Grand Jury used WhatsApp and other forms of electronic media to instruct Defendant **ANKURKUMAR PATEL** to collect packages containing cash and gold bars from people in various states and deliver the items to him.

13. During phone conversations with A.D., M.P. instructed A.D. to place boxes containing the "black" money into the trunk of his car and drive to locations scouted by Defendant **SRINIVAS PUTTA** and others. After A.D. parked his car at the designated location, M.P. told A.D. to open the trunk of his car and wait for the couriers. Defendant **ANKURKUMAR PATEL**, R.K., and persons unknown to the Grand Jury transferred the boxes from A.D.'s trunk to their vehicles.

14. Defendants **SHRINIVAS PUTTA, ANKURKUMAR PATEL,** R.K., and others unknown to the Grand Jury transported, and attempted to transport, the illegal proceeds out of the State of Missouri in exchange for payments from persons unknown to the Grand Jury.

15. Defendants **SHRINIVAS PUTTA AND ANKURKUMAR PATEL** attempted to collect $144,000 from the trunk of A.D.'s car and other couriers collected more than $125,000 from the trunk of A.D.'s car.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
## (Wire Fraud)

The allegations set forth above are re-alleged and incorporated by reference as if fully set out herein.

**B.** **The Scheme to Defraud**

16. It was part of the scheme and artifice to defraud that:

    a. On or about September 25, 2023, Defendant **SRIVINIVAS PUTTA** started a WhatsApp group with Defendant **ANKURKUMAR PATEL** and R.N. to discuss traveling from Wisconsin to Missouri to act as couriers.

    b. On or about September 25, 2023, Defendant **SRIVINIVAS PUTTA** conducted Google searches of Menards, Home Depot, Walmart, and other stores within a particular zip code in the Eastern District of Missouri.

    c. On or about September 25, 2023, Defendant **SRIVINIVAS PUTTA** sent Defendant **ANKURKUMAR PATEL** a message containing the Google Maps location of the Target department store within the searched zip code.

    d. On or about September 25, 2023, Defendant **SRIVINIVAS PUTTA** sent Defendant **ANKURKUMAR PATEL** a message containing the Apple Maps location of the Target department store within the searched zip code.

    e. On or about September 25, 2023, a person unknown to the Grand Jury sent a message to A.D. directing him to meet the couriers in the parking lot of the Target department store identified by Defendant **SRIVINIVAS PUTTA**.

    f. On or about September 25, 2023, Defendants **SRIVINIVAS PUTTA** and **ANKURKUMAR PATEL** collected a box containing what they thought to contain illegal proceeds of a fraud scheme from the trunk of A.D.'s car.

C.   **The Wire Transmission**

On or about September 25, 2023, in the Eastern District of Missouri and elsewhere, the defendants,

**SRINIVAS PUTTA
AND
ANKURKUMAR PATEL,**

for the purpose of executing the above-described scheme to defraud, did cause to be transmitted, by means of interstate wire transmissions to WhatsApp servers which are located in the States of California and Washington, D.C., certain writings, signs, signals, pictures, and sounds, through a group chat among Defendants **SRINIVAS PUTTA AND ANKURKUMAR PATEL** the Google Maps location of the Target store within the zip code searched by Defendant **SRINIVAS PUTTA**.

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 3
### (Wire Fraud)

The allegations set forth above are re-alleged and incorporated by reference as if fully set out herein.

On or about September 25, 2023, in the Eastern District of Missouri and elsewhere, the defendants,

**SRINIVAS PUTTA
AND
ANKURKUMAR PATEL,**

for the purpose of executing the above-described scheme to defraud, did cause to be transmitted, by means of interstate wire transmissions to WhatsApp servers which are located in the States of California and Washington, D.C., certain writings, signs, signals, pictures, and sounds, through a group chat among Defendants **SRINIVAS PUTTA AND ANKURKUMAR PATEL** the Apple Maps location of the Target store within the zip code searched by Defendant **SRINIVAS PUTTA.**

In violation of Title 18, United States Code, Sections 1343 and 2.

TRUE BILL.


_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney