# IN THE UNITED STATES DISTRICT COURT OF MISSOURI
# EASTERN DISTRICT OF MISSOURI
# AT ST. LOUIS

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-CR-00088 |
| ANKURKUMAR PATEL, | ) |
| Defendant. | ) |

## DEFENDANT ANKURKUMAR PATEL'S MOTION TO MODIFY CONDITIONS OF BOND OR, IN THE ALTERNATIVE, TO PERMIT TRAVEL

Defendant Ankurkumar Patel respectfully moves this Court for and order modifying the conditions of his bond to allow travel to Orlando, Florida, from April 21, 2025, through April 26, 2025, for a planned family vacation. In support of this motion, Defendant states:

1. Mr. Patel has remained in full compliance with all conditions of his bond since release.

2. Mr. Patel is requesting travel for a long-planned family vacation with his wife, his children, and another family of friends to Wald Disney World Resort in Orlando, Florida. The trip was scheduled and booked in advance and involves travel with his immediate family members.

3. During the trip, Mr. Patel will be staying with his family at Disney's All-Star Movies Resort, located at 1901 West Buena Vista Drive, Lake Buena Vista, FL 32830. All travel and lodging arrangements have been confirmed.

1

4. Defendant will return on April 26, 2025, and remains committed to complying with all terms and conditions of bond throughout and following the trip.

5. Mr. Patel will continue to coordinate with the Pretrial Services Office, providing full itinerary details and adhering to any additional directives they issue.

Accordingly, Defendant requests that the Court modify his bond conditions to permit travel as outlined above, subject to any further requirements of the Pretrial Services Office.

Respectfully submitted,

/s/ M. G. Giovanni Mosesso
M. G. Giovanni Mosesso #77022
ROSE LEGAL SERVICES, LLC
3870 S Lindbergh Blvd, Ste 130
Saint Louis, MO 63127
(314) 462-0200
gmosesso@roselegalservices.com
*Attorney for Ankurkumar Patel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2025, a true and correct copy of the foregoing was served through the Court's e-filing system, e-mail, facsimile, or via first-class mail to each of the following:

Ms. Tracy Berry
Eastern District of Missouri
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
*Attorney for the United States*

                                            /s/ M. G. Giovanni Mosesso
                                            M. G. Giovanni Mosesso