

U.S. Department of Justice

United States Attorney
Eastern District of Missouri

TRACY L. BERRY  
Assistant United States Attorney

Thomas F. Eagleton, U.S. Courthouse   OFFICE   (314) 539-2200  
111 South 10th Street, Room 20.333   FAX   (314) 539-2309  
St. Louis, Missouri 63102

May 9, 2025

M.G. Giovanni Mossesso  
3870 South Lindbergh Boulevard  
Suite 130  
St. Louis, Missouri 63127

**RE:** **United States v. Ankurkumar Patel,** Cause Number: 4:25CR00088 SEP

Dear Counsel:

As you are aware, your client was charged by way of an indictment, and a protective order governing the dissemination of discovery has been entered. In order to assist you in the determination of any relevant pre-trial motions to be filed in this case, the Government provides the following information:

1. DISCOVERY – Pursuant to Rule 16, the United States has uploaded the following items to the hard-drive you provided on or about May 6, 2025: your client's criminal history; Fast Lane Surveillance video; forensic examination of a Samsung Galaxy S23; Sheboygan, Wisconsin Police Department report; Stephenson County Sheriff's Office report; HSI reports; O'Fallon Police Department reports and body worn camera footage; camera footage from transport and at O'Fallon Police Department; consent to search phone; interview summary; interview recording; and victim disclosures.

2. ELECTRONIC SURVEILLANCE – Other than the footage obtained from Fast Lane, the Government is unaware of any other electronic surveillance.

3. CONFIDENTIAL INFORMANTS – The Government did not utilize a confidential informant.

4. JECKS MATERIAL – The Government will make all Jencks material available no later than the Friday preceding trial, conditioned upon the defendant's agreement to make available statements of Defendant's witnesses at the same time.

5. GRAND JURY TRANSCRIPTS – The Government agrees to produce all Grand Jury transcripts to the extent they constitute Jencks material and make them available for inspection.

6. <u>OTHER CRIMES EVIDENCE</u> – The Government is unaware of any evidence that may be considered admissible pursuant to FRE 404(b). However, if such evidence becomes known through the development of other criminal investigations, notice will be provided to you as soon as possible.

7. <u>STATEMENTS OF DEFENDANT</u> – The Government has included an interview with your client.

8. <u>IDENTIFICATION OF DEFENDANT</u> – The Government is unaware of any post arrest identification of your client.

9. <u>PHYSICAL EVIDENCE</u> – A cellphone was seized by the O'Fallon Police Department. The forensic examination of the device and the consent to search form have been included in the discovery.

10. <u>EXCULPATORY EVIDENCE</u> – At this time, the Government is unaware of any information that exculpates your client or would be subject to disclosure pursuant to Giglio. However, if such evidence becomes known, notice will be provided to you.

If you need any further specific information regarding the above matters, or any other matters which will prevent the filing and litigation of any unnecessary pretrial motions, please do not hesitate to contact me.

In order to avoid the need of filing motions pursuant to Rules 16 and 26, the Government makes the following requests:

Pursuant to Rule 16(b)(1)(A), (B), and (C), Federal Rules of Criminal Procedure, the United States hereby requests that:

A. The defendant provide the United States, or permit the United States to inspect and copy or photograph books, papers, documents, photographs, tangible objects, or copies thereof, which are within the possession, custody or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

B. The defendant provide the United States, or permit the United States to inspect and copy or photographs any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to his testimony.

C. The defendant provide the United States a written summary of the testimony that the defendant intends to use under Rules 702, 703, or 705, Federal Rules of Evidence, as

evidence in trial, which includes a description of the witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications.

Further pursuant to the provisions of Rule 26.2, the Government further requests the defendant and his attorney to provide to the government any statement of defense witnesses that is in their possession and that relates to the subject matter concerning which the witness has testified.

The Government requests a response prior to the hearing date on motions to establish whether it needs to file its request for a court order to enforce compliance.

I thank you in advance for your anticipated cooperation.

Very truly yours,

SAYLER A. FLEMING<br>
United States Attorney

s/ Tracy L. Berry<br>
TRACY L. BERRY<br>
Assistant United States Attorney